AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-cr-00385 |
| MALIQUE LEWIS, TELEKA LEWIS, AND MICHAEL LEWIS | ) Assigned To : Judge Tanya S. Chutkan |
|  | ) Assign. Date : 8/22/2024 |
|  | ) Description: INDICTMENT (B) |
| Defendant | ) |

**RECEIVED** By USMS District of Columbia District Court at 10:59 am, Aug 23, 2024

FID 11709033

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **TELEKA LEWIS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846- Conspiracy to Distribute
21 U.S.C. 841(a)(1)- Possession with Intent to Distribute
18 U.S.C. 1791(a)(1)- Providing Contraband in Prison

Date: 08/22/2024

_____
*Issuing officer's signature*

City and state: Washington, DC
_____, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/23/24, and the person was arrested on *(date)* 8/26/24
at *(city and state)* Washington, DC.

Date: 8/26/24

_____
*Arresting officer's signature*

Kevin Cheng / Special Agent
*Printed name and title*